UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 14-09679 DDP (ASx)                           Dated: July 16, 2015

Title:   USGB, LLC -v- REGAL ASSETS LLC; KELLY FELIX
=======================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                  None Present
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                              None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** the SCHEDULING CONFERENCE, MOTION TO DISMISS (DOCKET NUMBER 15) and the MOTION TO STRIKE (DOCKET NUMBER 17) are hereby VACATED.


MINUTES FORM 11                                   Initials of Deputy Clerk   JAC
CIVIL -- GEN